# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-1827

———————

| | | |
|---|---|---|
| Fred Jones, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Becker Group O'Fallon Division, a | * | |
| Division of Becker Group, Inc.; | * | |
| International Union, United | * | |
| Automobile, Aerospace & | * | Appeal from the United States |
| Agricultural Implement Workers of | * | District Court for the |
| America, Local 282, | * | Eastern District of Missouri. |
| | * | |
| Appellees, | * | [UNPUBLISHED] |
| | * | |
| Missouri Department of Labor and | * | |
| Industrial Relations, | * | |
| | * | |
| Movant. | * | |

———————

Submitted:  November 15, 1999

Filed:  November 17, 1999

———————

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Fred Jones appeals following the district court's[1] grant of summary judgment in his hybrid breach of duty of fair representation/breach of collective bargaining agreement action under section 301 of the Labor Management Relations Act 1947, 29 U.S.C. § 185. He also moves for appointment of counsel. Having carefully reviewed the record and the parties' briefs, we decline to appoint counsel, and we affirm on the basis that Becker Group O'Fallon Division had the right to discharge Mr. Jones under the collective bargaining agreement, and therefore that Local 282, United Automobile, Aerospace and Agricultural Implement Workers of America did not breach any duty it may have had to represent Mr. Jones by failing to fully prosecute the grievance. See Blount v. Local Union 25, 984 F.2d 244, 248 (8th Cir. 1993) (union does not breach duty by failing to prosecute if plaintiff had no bona fide grievance against employer); Leeuwen v. U.S. Postal Service, 628 F.2d 1093, 1096-97 (8th Cir. 1980) (probationary employee had no right to continuing employment, so discharge could not be breach of collective bargaining agreement).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.